# Exhibit B

United States v. Dairo Antonio Usuga David
*Criminal Docket Nos. 14-625, 23-21 and 23-27 (DLI)*



# Organization Chart
·ACCU·
·Bloque Centauros·
·Autodefensas Gaitanistas·

June 1997 to February 2021

# Frente ACCU Llanos

June 1997 - July 1998


**Carlos Castaño**
Comandante ACCU


**Vicente Castaño**
Estado Mayor ACCU


**Jorge Humberto Victoria Oliveros**
**Alias "Raul"**
Coordinador Bloque Centauros


**Luis Omar Marín Londoño**
**Alias "Matias / Cepillo / Gordo"**
Segundo comandante (1 mes)
Capturado Agosto 1998

**Jose de Jesús Pérez Jiménez**
**Alias "Sancocho"**
Financiero Urbano a septiembre de 1998


**Manuel de Jesús Piraban**
**Alias "Don Jorge Pirata"**
Segundo comandante militar


**Ramiro Alberto Hernandez Torres**
**Alias "Policía Logístico"**


**Dairo Antonio Úsuga David**
**Alias "Otoniel"**
Comandante operativo (Frente Meta)


**Diego Fernando Rendón Laverde**
**Alias "Pipe"**
Comandante Guaviare (+)


**Pedro Pablo González**
**Alias "Puño"**
Comandante Frente Parate Bueno

# Bloque Centauros
Sep 1998 - Jun 1999



# Bloque Centauros
## June 2000



**Carlos Castaño** — Comandante ACCU

**Vicente Castaño** — Estado Mayor ACCU

**Jorge Humberto Victoria Oliveros**
Alias "Raul"
Coordinador Bloque Centauros



**Jose Efrain Pérez Cardona**
Alias "Eduardo / 400"
Primer comandante militar

**Alias "Alex"**
Comandante Escuela
de Instrucción Abastecimientos



**Jesús Emiro Pereira Rivero**
Alias "Alfonso / Huevo ´e Pisca"
Comandante de Finanzas



**Luis Omar Marín Londoño**
Alias "Matias / Cepillo / Gordo"
Tercer comandante militar



**Manuel de Jesús Piraban**
Alias "Don Jorge Pirata"
Segundo comandante militar

**Ramiro Alberto Hernandez Torres**
Alias "Policía Logístico"



**Jorge Lora (+)**
Alias " "
Segundo Pagador



**Ramón Eduardo Guarín Castaño**
Alias "Ricardo"
Comandante Villao



**Dario Fernando Rendón Laverde**
Alias "Pipe"
Comandante Guaviare



**Dairo Antonio Úsuga David**
Alias "Otoniel"
Comandante Frente Pedro Pablo González



**Melquisedec Henao Ciro**
Alias "Alcides / Belisario"
Comandante Frente Meta



**Alias "Carlos El Paisa"**
Financiero



**Nelson Andrés Méndez Alvarez**
Alias "Camilo"
Segundo Comandante



**Pedro Oliverio Guerrero Castillo**
Alias "Didier / Cuchillo"
Segundo Comandante



**Nelson Darío Hurtado Simancá**
Alias "Marihuano"
Comandante Contraguerrilla



**Alias "Guajiro"**
Segundo Comandante



**Iván Gaviria Castañeda**
Alias "Fiscalía"
Auxiliar Contable

# Bloque Centauros

July to November 2000


**Carlos Castaño**
Comandante ACCU




**Vicente Castaño**
Estado Mayor ACCU

**Jorge Humberto Victoria Oliveros**
**Alias "Raul"**
Coordinador Bloque Centauros

**Jose Efrain Pérez Cardona**
**Alias "Eduardo / 400"**
Primer comandante militar

**Alias "Alex"**
Comandante Escuela
de Instrucción Abastecimientos


**Jose Eleazar Moreno Sanchez**
**Alias "Jaime"**
Comandante Político


**Jesús Emiro Pereira Rivero**
**Alias "Alfonso / Huevo ´e Pisca"**
Comandante de Finanzas

**Manuel de Jesús Piraban**
**Alias "Don Jorge Pirata"**
Segundo comandante militar

**Luis Omar Marín Londoño**
**Alias "Matias / Cepillo / Gordo"**
Tercer comandante militar

**Ramiro Alberto Hernandez Torres**
**Alias "Policía Logístico"**


**Alias "**
Segundo Financiero


**Ramón Eduardo Guarín Castaño**
**Alias "Ricardo"**
Comandante Villao

**Alias "Guajiro"**
Comandante Frente Meta

**Dario Fernando Rendón Laverde**
**Alias "Pipe"**
Comandante Guaviare


**Dairo Antonio Úsuga David**
**Alias "Otoniel"**
Comandante Frente Pedro Pablo González


**Melquisedec Henao Ciro**
**Alias "Alcides / Belisario"**
Comandante Frente Héroes de San Fernando


**Alias "Carlos El Paisa"**
Financiero


**Nelson Andrés Méndez Alvarez**
**Alias "Camilo"**
Segundo Comandante

**Alias "Voluntario"**
Segundo Comandante


**Pedro Oliverio Guerrero Castillo**
**Alias "Didier / Cuchillo"**
Segundo Comandante


**Orozman Orlando Osten Blanco**
**Alias "Flechas"**
Segundo Comandante


**Orlando Mesa Melo**
**Alias "Diego"**
Segundo Comandante


**Iván Gaviria Castañeda**
**Alias "Fiscalía"**
Auxiliar Contable

# Bloque Centauros
## Dec 2000 to Dec 2001


**Carlos Castaño**
Comandante ACCU




**Vicente Castaño**
Estado Mayor ACCU

**Jorge Humberto Victoria Oliveros**
**Alias "Raul"**
Coordinador Bloque Centauros



**Manuel de Jesús Piraban**
**Alias "Don Jorge Pirata"**
Comandante militar

**Alias "Alex"**
Comandante Escuela
de Instrucción Abastecimientos

**Ramiro Alberto Hernandez Torres**
**Alias "Policía Logístico"**

**Jose Eleazar Moreno Sanchez**
**Alias "Jaime"**
Comandante Político

**Jesús Emiro Pereira Rivero**
**Alias "Alfonso / Huevo ´e Pisca"**
Comandante de Finanzas

**Luis Omar Marín Londoño**
**Alias "Matias / Cepillo / Gordo"**
Tercer comandante militar



**Alias " "**
Segundo Financiero



**Ramón Eduardo Guarín Castaño**
**Alias "Ricardo"**
Comandante Villao

**Alias "Guajiro"**
Comandante Frente Meta



**Dario Fernando Rendón Laverde**
**Alias "Pipe"**
Comandante Guaviare



**Dairo Antonio Úsuga David**
**Alias "Otoniel"**
Comandante Frente Pedro Pablo González



**Melquisedec Henao Ciro**
**Alias "Alcides / Belisario"**
Comandante Frente Héroes de San Fernando



**Alias "Carlos El Paisa"**
Financiero



**Nelson Andrés Méndez Alvarez**
**Alias "Camilo"**
Segundo Comandante

**Alias "Voluntario"**
Segundo Comandante



**Pedro Oliverio Guerrero Castillo**
**Alias "Didier / Cuchillo"**
Segundo Comandante



**Orozman Orlando Osten Blanco**
**Alias "Rodrigo Flechas"**
Cdte Frente
Héroes de San Fernando



**Orlando Mesa Melo**
**Alias "Diego"**
Segundo Comandante





**Iván Gaviria Castañeda**
**Alias "Fiscalía"**
Auxiliar Contable

# Bloque Centauros
## February 2002



**Jose Miguel Arroyave Ruiz**
**Alias "Arcángel / El Blanco / El Patrón)**
Comandante General



**Daniel Rendón Herrera**
**Alias "Don Mario"**
Comandante Administrativo



**Manuel de Jesús Piraban**
**Alias "Don Jorge Pirata"**
Comandante militar



**Teodosio Pabón Contreras**
**Alias "El Profe / Andrés Camilo"**
Jefe Político



**Henry de Jesus López Londoño**
**Alias "Mi Sangre / Carlos Mario"**
Comandante Frente Capital



**Mauricio de Jesus Roldán Pérez**
**Alias "Julian"**
Comandante Frente Ariari



**Jorge Enrique Osorio Ramirez**
**Alias "Carracas"**
Comandante Villavicencio



**Dairo Antonio Úsuga David**
**Alias "Otoniel"**
Cdte Frente Pedro Pablo González



**Melquisedec Henao Ciro**
**Alias "Alcides / Belisario"**
Cdte Frente Héroes de San Fernando



**Ramiro Alberto Hernandez Torres**
**Alias "Policía Logístico"**



**Luis Arlex Arango Cárdenas**
**Alias "Chatarrito"**
Comandante Frente Hernán Troncoso



**Jose Vicente Rivera Mendoza**
**Alias "El Soldado"**
Comandante Frente Meta



**Pedro Oliverio Guerrero Castillo**
**Alias "Didier Cuchillo"**
Segundo Comandante Frente Guaviare

# Bloque Centauros
September 2004



**Jose Miguel Arroyave Ruiz**
**Alias "Arcángel / El Blanco / El Patrón)**
Comandante General



**Daniel Rendón Herrera**
**Alias "Don Mario"**
Comandante Administrativo



**Manuel de Jesús Piraban**
**Alias "Don Jorge Pirata"**
Comandante militar



**Teodosio Pabón Contreras**
**Alias "El Profe / Andrés Camilo"**
Jefe Político



**Jose de Jesus Ruiz Arroyave**
**Alias "Coco"**
Comandante Frente Capital



**Mauricio de Jesus Roldán Pérez**
**Alias "Julian"**
Comandante Frente Ariari



**Miguel Rivera Jaramillo**
**Alias "Wilson / W"**
Cdte Especiales Villavicencio



**Dairo Antonio Úsuga David**
**Alias "Otoniel"**
Cdte Frente Pedro Pablo González



**Orozman Orlando Osten Blanco**
**Alias "Rodrigo Flechas"**
Cdte Frente Héroes de San Fernando



**Ramiro Alberto Hernandez Torres**
**Alias "Policía Logístico"**



**Luis Arlex Arango Cárdenas**
**Alias "Chatarrito"**
Comandante Frente Hernán Troncoso



**Jose Vicente Rivera Mendoza**
**Alias "El Soldado"**
Comandante Frente Meta



**Pedro Oliverio Guerrero Castillo**
**Alias "Didier Cuchillo"**
Segundo Comandante Frente Guaviare

# Autodefensas Gaitanistas

February 2008



**Daniel Rendón Herrera**
**Alias "Don Mario"**
Primer Cabecilla



**Dairo Antonio Úsuga David**
**Alias "Otoniel / Mauricio"**
Segundo Cabecilla



**Francisco José Morelo**
**Alias "El Negro Sarley"**
Cabecilla Militar



**Juan Úsuga**
**Alias "Yovani / Guerrillo"**
Cabecilla Comisiones



**Marco Fidel Barba Galarcio**
**Alias "Mateo"**
Cabecilla Militar



**Carmen Rosa Solis Luna**
**Alias "Camila"**
Cabecilla Logístico



**Roberto Vargas**
**Alias "Gavilán"**
Necoclí



**Alexander Montoya**
**Alias "El Flaco"**
Turbo



**John Calderón**
**Alias "Maicol"**
Canalete



**Jader E. Ariz B.**
**Alias "Boris"**
Los Córdobas



**Rodrigo A. Oquendo**
**Alias "Rigo"**
Montería



**Vicente Cuesta**
**Alias "Vicente"**
Montelíbano



**Alias "El Profe"**
Carepa



**Alias "Abelito"**
Apartadó



**Jose Cañaveral**
**Alias "Cañaveral"**
San Pedro



**Alias "El Coco"**
Amalfi

# Autodefensas Gaitanistas
## February 2009



**Dairo Antonio Úsuga David**
**Alias "Otoniel / Mauricio"**
Comandante

**Juan Úsuga**
**Alias "Yovani / Guerrillo"**
Segundo Comandante

**Francisco José Morelo**
**Alias "El Negro Sarley"**
Tercer Comandante

**Roberto Vargas**
**Alias "Gavilán"**
Cuarto Comandante

# Autodefensas Gaitanistas
## February 2012



**Dairo Antonio Úsuga David**
**Alias "Otoniel / Mauricio"**
Comandante

**Francisco José Morelo**
**Alias "El Negro Sarley"**
Segundo Comandante

**Roberto Vargas**
**Alias "Gavilán"**
Tercer Comandante

**Jairo Durango Restrepo**
**Alias "Guagua"**
Cuarto Comandante

# Autodefensas Gaitanistas
## February 2015



**Dairo Antonio Úsuga David**
**Alias "Otoniel / Mauricio"**
Comandante

**Roberto Vargas**
**Alias "Gavilán"**
Segundo Comandante

**Carlos Antonio Moreno Tuberquia**
**Alias "Nicolas"**
Tercer Comandante

**Aristides Manuel Mesa Páez**
**Alias "El Indio Santana"**
Cuarto Comandante

**Nelson Darío Hurtado Simancá**
**Alias "Marihuano"**
Quinto Comandante

**Wilmer Antonio Giraldo Quiroz**
**Alias "Siopas"**
Sexto Comandante

# Autodefensas Gaitanistas

## February 2016



**Dairo Antonio Úsuga David
Alias "Otoniel / Mauricio"**
Comandante



**Carlos Antonio Moreno Tuberquia
Alias "Nicolas"**
Segundo Comandante



**Nelson Darío
Hurtado Simancá
Alias "Marihuano"**
Tercer Comandante



**Wilmer Antonio
Giraldo Quiroz
Alias "Siopas"**
Cuarto Comandante



**Jobanis de Jesús Avila Villadiego
Alias "Chiquito Malo"**
Quinto Comandante

# Autodefensas Gaitanistas
## February 2020



**Dairo Antonio Úsuga David**
**Alias "Otoniel / Mauricio"**
Segundo Cabecilla



**Nelson Darío Hurtado Simancá**
**Alias "Marihuano"**
Segundo Comandante

**Wilmer Antonio Giraldo Quiroz**
**Alias "Siopas"**
Tercer Comandante

**Jobanis de Jesús Avila Villadiego**
**Alias "Chiquito Malo"**
Cuarto Comandante



**José Gonzalo Sanchez S.**
**Alias "Gonzalito"**
Quinto Comandante



**Orozman Orlando Osten Blanco**
**Alias "Rodrigo Flechas"**
Sexto Comandante



# Autodefensas Gaitanistas
November 2021